**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
CECILE FOY GSANGER



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

June 24, 2015

Hon. Michael E. Welborn
District Attorney
P. O. Box 1393
Sinton, Tx 78387-1393
* DELIVERED VIA E-MAIL *

Hon. Joel  H. Thomas
Attorney at Law
P. O.  Box 1141
Sinton, TX 78387
* DELIVERED VIA E-MAIL *

Re:       Cause No. 13-14-00537-CR
Tr.Ct.No.  A-12-5022-CR
Style:     Allen Ray Ince v. The State of Texas


        State's motion for extension of time to file brief in the above cause was this day
GRANTED by this Court.  The time has been extended to Wednesday, July 22, 2015.

Very truly yours,

Cecile Foy Gsanger, Clerk

CFG:ch